**UNITED STATES of America,
Appellee,**

v.

**John M. DAVISON, Appellant.**

**No. 11–3873.**

United States Court of Appeals,
Eighth Circuit.

Submitted: May 17, 2012.

Filed: May 29, 2012.

Ann M. Koszuth, Asst. Fed. Public Defender, Springfield, MO (Raymond C. Conrad, Jr., Fed. Public Defender, Kansas City, MO, on the brief), for appellant.

Randall D. Eggert, Asst. U.S. Atty., Springfield, MO, for appellee.

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

John Davison appeals the sentence the district court[1] imposed after he pleaded guilty to distributing child pornography, in violation of 18 U.S.C. § 2252(a)(2)(A)(B), (b)(1). His counsel has moved to withdraw, and has filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), suggesting that the sentence is unreasonable.

Upon careful review, we conclude that the sentence imposed by the district court—at the bottom of the properly calculated Guidelines range—is not unreasonable. *See United States v. Peck,* 496 F.3d 885, 891 (8th Cir.2007) (sentence within properly calculated Guidelines range is cloaked in presumption of reasonableness, but presumption may be rebutted by reference to 18 U.S.C. § 3553(a) factors; defendant must show that district court failed to consider relevant factor that should have received significant weight, gave significant weight to improper or irrelevant factor, or considered only appropriate factors but nevertheless committed clear error of judgment).

Having reviewed the record independently under *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we have found no nonfrivolous issues. Accordingly we affirm, and we grant counsel's motion to withdraw.

---

1. The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri.